# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

United States of America

v.

Blake A. Reed

NOTICE

Case No. 3:21-mj-2680

Type of case: ☐ Civil ☒ Criminal

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place: Video conference-Details for District of Columbia Rule 5 Hearing with Defense Counsel

Room No. _____   Date 1.25.21   Time 1:00 PM

Type of Proceeding: Rule 5 Hearing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

Place _____

*Date and time previously scheduled:*   *Continued to:*

Date _____ Time _____   Date _____ Time _____

JEFFERY S. FRENSLEY
U.S. Magistrate Judge or Clerk of Court

Date 1.19.21

Surabhi Morrissey
(by) Deputy Clerk